[No. 40367-6-II.   Division Two.   September 13, 2011.]

MARK OLLA, *Appellant*, v. ROBERT WAGNER, *Individually and as Trustee*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 09-2-01654-4, Russell W. Hartman, J., entered January 15, 2010. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Van Deren and Johanson, JJ.

[No. 40693-4-II.   Division Two.   September 13, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. TROY CHRISTOPHER RAYMENT, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-01943-1, Gary R. Tabor, J., entered April 8, 2010. *Reversed* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, A.C.J., and Johanson, J.

[No. 41276-4-II.   Division Two.   September 13, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ANTHONY MONK, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 10-1-00370-8, Richard L. Brosey, J., entered September 29, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, A.C.J., and Johanson, J.

[No. 29530-3-III.   Division Three.   September 13, 2011.]

GENE H. TOM ET AL., *Appellants*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 09-2-01080-4, John W. Lohrmann, J., entered November 9, 2010. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown and Siddoway, JJ.